**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| HILL COUNTRY EMERGENCY | § | |
| MEDICAL ASSOCIATES, P.A.; | § | |
| LONGHORN EMERGENCY | § | |
| MEDICINE ASSOCIATES, P.A.; | § | |
| CENTRAL TEXAS EMERGENCY | § | |
| ASSOCIATES, P.A.; and | § | |
| EMERGENCY ASSOCIATES OF | § | |
| CENTRAL TEXAS, P.A., | § | |
| | § | |
| *Plaintiffs*, | § | Civil Case No: 1:19-CV-548-RP |
| | § | |
| v. | § | |
| | § | |
| UNITEDHEALTHCARE INSURANCE | § | |
| COMPANY and | § | |
| UNITEDHEALTHCARE OF TEXAS, INC., | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF DISMISSAL

Come Plaintiffs Hill Country Emergency Medical Associates, P.A., Longhorn

Emergency Medicine Associates, P.A., Central Texas Emergency Associates, P.A., and

Emergency Associates of Central Texas, P.A., and pursuant to Rule 41(a) of the Federal Rules of

Civil Procedure voluntarily dismiss this action without prejudice, Defendants UnitedHealthcare

Insurance Company and UnitedHealthcare of Texas, Inc. not having filed an answer or motion

for summary judgment.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

 /s/ Larry B. Childs
Larry B. Childs (*Pro hac vice*)
ASB-9113-C581
larry.childs@wallerlaw.com
Helen L. Eckinger (*Pro hac vice*)
ASB-9088-C170
helen.eckinger@wallerlaw.com
1901 Sixth Avenue North
Birmingham, Alabama  35203
Telephone:  205/226-5708
Telecopier: (205) 214-8787

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
Rick Harrison
Texas State Bar No. 09120000
rick.harrison@wallerlaw.com
Jamie McGonigal
Texas State Bar No. 24007945
jamie.mcgonigal@wallerlaw.com
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone:  512/685-6400
Facsimile:  512/685-6417

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically upon the following counsel of record the Court's ECF service on this 11th day of June, 2019.

Andrew G. Jubinsky
Andy.jubinsky@figdav.com
Don Colleluori
Don.colleluori@fig.dav.com
Figari + Davenport, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas  75202

*/s/ Larry B. Childs*
Larry B. Childs