IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HILL COUNTRY EMERGENCY MEDICAL ASSOCIATES, P.A., LONGHORN EMERGENCY MEDICINE ASSOCIATES, P.A., CENTRAL TEXAS EMERGENCY ASSOCIATES, P.A., and EMERGENCY ASSOCIATES OF CENTRAL TEXAS, <br><br>Plaintiffs, <br><br>v. <br><br>UNITEDHEALTHCARE INSURANCE COMPANY and UNITEDHEALTHCARE OF TEXAS, INC., <br><br>Defendants. | § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br><br>1:19-CV-548-RP |

**FINAL JUDGMENT**

On December 16, 2019, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 21). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims are **DISMISSED WITHOUT PREJUDICE**.

All pending motions in this case are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on December 18, 2019.

*[signature]*

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE